UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America<br><br>v. | No.:<br><br><br>Date: |

### ORDER RE: PRETRIAL RELEASE ISSUES

Defendant has been ordered released on conditions, after a hearing before a United States Magistrate Judge.

It is hereby ORDERED that any and all pre-trial release issues that arise regarding this defendant, including motions to modify conditions, reports of violations, requests for revocation, and any other matters, are referred for resolution to:

    Hon. _____, USMJ

Counsel or a probation officer who files any motion, request or petition related to pre-trial release shall ensure that a copy of the submission is provided to the Magistrate Judge by e-mail to that Judge's Courtroom Deputy.

IT IS SO ORDERED.

_____
Hon.
United States District Judge

1